FILED 28 JAN '22 10:58 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Ryan Darley Maughan
_____
(Enter full name of plaintiff)

Plaintiff,

v.

Detective J. Lill
State of Utah Attorney,
Mikelle C Daugherty
West Valley Police Department
of West Valley Utah.
_____
(Enter full name of ALL defendant(s))

Defendant(s).

Civil Case No. 3:22-cv-00159-MO
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded
☒ Yes   ☐ No

## I. PARTIES

List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.

**Plaintiff**   Name: Ryan Darley Maughan
Street Address: Salt Lake County Metro Jail
3415 South 900 West
City, State & Zip Code: Salt Lake City, Ut 84119
Telephone No.: _____

Complaint for Violation of Civil Rights (Prisoner Complaint)   1
[Rev. 01/2018]

**Defendant No. 1**      Name: Detective J. Uil
Street Address: 3577 Market Street
City, State & Zip Code: West Valley City, Utah, 84119
Telephone No.: _____

**Defendant No. 2**      Name: Attorney for the State of Utah
Mikelle C. Daugherty
Street Address: 3577 Market Street
City, State & Zip Code: West Valley City, Utah, 84119
Telephone No.: _____

**Defendant No. 3**      Name: West Valley Police Department
Street Address: 3577 Market Street
City, State & Zip Code: West Valley City, Utah, 84119
Telephone No.: _____

**Defendant No. 4**      Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

The Fifth & Fourth Amendment, due process clause, nor shall any person be subject for the same offense to be twice put in jeopardy. The Eight Amendment harassment, Mental & Physical Health issues.

### III. STATEMENT OF CLAIMS

### Claim I

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.

Detective J. Lil of the Westvalley Police Department of West Valley City Utah. Deliberately, Knowing with malice intention, Double Charged me for the same crime or with in the same crime, Detective J. Lil states that Utah State Attorny Mikelle C Daugherty screened this new evidence. There is no new evidence as will be seen and read in the Discovery report. Detective J. Lil plays appone words lying out a manipulation (1) Mail theft ≠ (3) Financial Transaction Card I am charged two time for the Financial Transaction Card It is refured to as mail theft, Incarertion, Body & Mind

### Claim II

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.

Mikelle C Daugherty, Knowingly screened all evidence in case number 211908124 in the 3rd District Court

of Salt Lake City, Utah, assuming that Detective J Lil is being honest that there is new evidence found to charge me with mail theft only the financial Transaction Card. Ignorance is not an issue here, But dishonesty is. Ignorance dose not give Detective J Lil, nor State of Utah Attorny M.Kell C. Daugherty the right to brake the law to reinforce the law. Over charging me. This incarceration, Body & Mined.

### Claim III

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

At The least this incarcertion, Has it not dubble, it has tripled my blood presser, My mental health is lengthy & is only heightend by having to defend my self by such-manipulations.

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☒ Yes    ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

It has come to light that, The local State Attorneys, as well as local Police Departments are under investigation for this crime at this time.

I ask that a Federal Investigation be done by The 10th District Court in Denver, Co., or That one of the 9th District Courts Investigates this issue, At the cost of the State of Utah.

That I receive $225,000.00 in damages to my health, body & mind. I plan to donate some to help with a law library that this jail does not have. & That part of this $225,000.00 is to pay the court cost in the state of Oregon.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 21 day of January, 2022

_____
(Signature of Plaintiff)

1-21-2022 To Mr Hatfield. Office of the Clerk, State of Oregon Thank you.

Magistrate Judge. Your Honor my name is, Bryan Darley Maughan wish to present a 2nd civil rights claim out side the state of Utah, I make the claim that the following 5th 8th & 14th amendment rights are being Violated at this time. wial incarcerated at the Salt Lake County Metro Jail, of Salt Lake City, Utah.

I look for an unbias opinion of this court, That for the State of Utah I state that under the rules of civil procedure I can file my complaint out side the State of Utah. & That Under Federal Rule of Civil Procedure 12(a) The defendant in a federal lawsuit has to Serve an answer within 21 days after the complaint & summons is Served. To: Detective J. Uil, State of Utah Attorny Mikelle C. Dougherty, West Valley Police Department of Utah.

AT: West Valley Police Department
3577 Market Street West Valley City Utah 84119

I am currently in jail on this case as well, as more. It is not the criminal case, # 211908124 in the 3rd District Court of Salt Lake City, Utah. but the fact is the civil rights violated to over charge me, damage me health mined & body. That the stress in its self is killing me.

I also ask that under Federal Rule of Civil Procedure 26(a)(2) This letter be record as well. Thank you.

Page -0-

That Detective J. Lil of the West Valley City Police Department of West Valley City Utah, Deliberately Knowing with malice intention, Violates my Fifth, Eight & Fourteenth Amendment rights, By Double charging me for the same crime, only by useing difrent words & format as can be proven in the Plaintiff criminal Discovery report, Perviled by the Plaintiff criminal Attorny here in Utah.

First I will start by useing Barron's Dictionary of Legal Terms Fifth Edition.

Double Jeapardy, prosecution or punishment twice for the same offense, which is prohibited by the U.S. Constitution & by many state constitutions.

Example: Ryan is charged with Possession of a Financial Transaction Card, Later Detective J. Lil claims to have new evidence to charge Ryan with mail theft & with a play on words points out there is the package that the Financial Transation Card was mail in. There is Know new evidence, nor pictures in the criminal discovery report. & involes State of Utah Attorny. Mikelle C Daugherty.

Ryan is charged with mail theft the Financial Transation Card one are the same, Possession is just that, The card may have been mail at one time, who know. But Ryan can not be charged with the same Financial Transation Card, Both charges are 0 to 5 years inprison felonys in the state of Utah.

page -1-

Why? This was done to over charge the plaintiff That Detective J. Lil could not get hold of K. Anderson at WCF on 06-28-2021 & on 07-2021 to pursue 2 forgery charges & had to drop the lack of evidence. Know statement writton by K. Anderson.

There is no new evidence, Accounts 1 & 3 are deliberately spaced apeart to confuse. & mask the facts. Did Detective J. Lil lie to State of Utah Attorney Mikelle C. Daugherty, probly not. Utah is under Investigate for this very crime at this time.

There is no proiff of mail theft only a assumption. The new evidence is infact my personal mail tha Detective J. Lil refused to give back.
Thank You, Your Honor for your time to read this.
Your Honor I sent 2 grievance to the West Valley Police Department stateing the facts at this time. I have not recived an answer

Dated 1-22-2022

R.D Maughn
— Signed —

page 2